UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
JOHN AND JANE DOES,                     )
                                        )
                PLAINTIFFS,             )
                                        )
v.                                      )      No. _____
                                        )
REPUBLIC OF IRAN,                       )
                                        )
                DEFENDANT.              )
_____)
```

# **NOTICE OF SUIT**

This is a Notice of Suit, pursuant to 28 U.S.C. § 1608(a) and 22 C.F.R. § 93.2. It is to be served with the Complaint and Summons.

1. The title of this legal proceeding is *John and Jane Does v. Republic of Iran.* The full name of the Court is the U.S. District Court for the District of Columbia. The case number is the number assigned by the Clerk to the initial filing.

2. The name of the foreign state is the Republic of Iran.

3. The identity of the parties is as stated in the title of the legal proceedings.

4. The documents served herewith are the Summons and Complaint.

5. The nature and purpose of the proceedings are to recover a money judgment against the Defendant, a foreign state, for torts under federal and state law

committed by the Defendant against the Plaintiffs, for which sovereign immunity does not apply.

6. Date of default judgment – N/A.

7. A response to a "Summons" and "Complaint" is required to be submitted to the court, not later than 60 days after these documents are received. The response may present jurisdictional defenses (including defenses relating to state immunity).

8. The failure to submit a timely response with the court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment.

9. Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in sections 1330, 1391(f), 1441(d), and 1602 through 1611, of Title 28, United States Code (Pub. L. 94–583; 90 Stat. 2891) (copy attached).

    Respectfully submitted,

/s/ Alan Grayson
Alan M. Grayson, Esq.
D.C. Bar No. 388633
Mailing address: 870 N. Miramar Ave. #242
Indialantic, FL 32903
(407) 493-9633
grayson@graysonlaw.net

Date: May 7, 2024    Counsel for the Plaintiffs