CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN AND JANE DOES,

_____
Plaintiff(s)

vs.

REPUBLIC OF IRAN

Civil Action No.: _____

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Republic of Iran
c/o Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street
Imam Khomeini Square
Tehran, IRAN

by: (check one)
- [ ] certified or registered mail, return receipt requested
- [x] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): the United States and the Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Alan Grayson
_____
(Signature)

mailing address:
Alan Grayson
870 N. Miramar Ave. #242
Indialantic, FL 32903
United States of America

(Name and Address)